IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JACKIE M. FRAZIER SR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-097
)
MICHAEL J. ASTRUE, )
Commissioner of Social )
Security, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 12), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case and the Commissioner's decision is **AFFIRMED**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of July 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA